United States District Court
District Court
Exhibits Log: 21-CR-456-01 (ADC)
21-cr-456-01 (ADC) Preliminary Revocation Hearing, 8/6/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Defendant`s Drug Test Result, collected on 4/21/2026. | No | 8/6/2026 9:34 AM | 8/6/2026 9:34 AM |
| Gov-2 | Defendant`s Drug Test Result, collected on 6/04/2026. | No | 8/6/2026 9:35 AM | 8/6/2026 9:35 AM |
| Gov-3 | Defendant`s Drug Test Result, collected on 6/16/2026. | No | 8/6/2026 9:35 AM | 8/6/2026 9:35 AM |
| Gov-4 | Defendant`s Drug Test Result, collected on 5/13/2026. | No | 8/6/2026 9:35 AM | 8/6/2026 9:35 AM |
| Gov-5 | National Lab Drug Test Confirmation, for the sample collected on 4/21/2026. | No | 8/6/2026 9:41 AM | 8/6/2026 9:41 AM |
| Gov-6 | National Lab Drug Test Confirmation, for the sample collected on 5/13/2026. | No | 8/6/2026 9:41 AM | 8/6/2026 9:41 AM |
| Gov-7 | National Lab Drug Test Confirmation, for the sample collected on 6/04/2026. | No | 8/6/2026 9:51 AM | 8/6/2026 9:51 AM |
| Gov-8 | National Lab Drug Test Confirmation, for the sample collected on 5/21/2026. | No | 8/6/2026 9:51 AM | 8/6/2026 9:51 AM |
| Gov-9 | National Lab Drug Test Confirmation, for the sample collected on 5/28/2026. | No | 8/6/2026 9:51 AM | 8/6/2026 9:51 AM |
| Gov-10 | Defendant`s Drug Test Results, collected on 7/07/2026. | No | 8/6/2026 9:52 AM | 8/6/2026 9:52 AM |
| Gov-11 | Photo of a firearm obtained from the extraction of data from the Defendant’s cellphone. | No | 8/6/2026 9:58 AM | 8/6/2026 9:58 AM |
| Gov-12 | Unsworn Declaration under Penalty of Perjury, dated 7/09/2026 (Spanish language). | No | 8/6/2026 9:59 AM | 8/6/2026 9:59 AM |
| Gov-12-A | Unsworn Declaration under Penalty of Perjury, dated 7/09/2026 (English translation). | No | 8/6/2026 10:00 AM | 8/6/2026 10:00 AM |
| Defen-A | Cellebrite Extraction Report of Defendant`s cellphone. | No | 8/6/2026 10:12 AM | 8/6/2026 10:12 AM |
| Defen-B | Cellebrite Extraction Report of Defendant`s cellphone. | No | 8/6/2026 10:12 AM | 8/6/2026 10:12 AM |